UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.: 0:19-cv-62358-WPD

**LIONEL FLEMING, on behalf of himself and
all others similarly situated,**

    **Plaintiff,**

v.

**PENN DUTCH FOOD CENTER, INC.,** a
Florida Profit Corporation, and
**PENN DUTCH FOOD CENTER II, INC.,**
A Florida Profit Corporation

    **Defendant.**
_____/

### PLAINTIFF'S MOTION FOR DEFAULT FINAL JUDGMENT AGAINST DEFENDANTS, PENN DUTCH FOOD CENTER, INC. AND PENN DUTCH FOOD CENTER II, INC.

Plaintiff, **LIONEL FLEMING, on behalf of himself and all others similarly situated** ("Plaintiff") by and through his undersigned counsel and pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, and the Local Rules for the Southern District of Florida, hereby moves for the entry of a final default judgment against Defendants, **PENN DUTCH FOOD CENTER, INC. AND PENN DUTCH FOOD CENTER II, INC.** ("Defendants"), and, in support thereof, states as follows:

    1.    On September 23, 2019, Plaintiff, on behalf of himself and all others similarly situated, filed a Class Action Complaint pursuant to the Worker Adjustment and Retraining Notification Act of 1988, 29 U.S.C. § 2101 et. seq. ("WARN Act") for their failure to provide the Plaintiff and all others similarly situated at least 60 days advance notice of their termination, as required by the WARN Act.  *See* ECF No. 1.

2. On October 22, 2019, this Court granted Plaintiff's Motion for Entry of Clerk's Default against Defendants, as Defendants failed to file a response to the Complaint and have, therefore, failed to plead or otherwise defend this case as provided by the Federal Rules of Civil Procedure. *See* ECF No. 12.

3. Attached as Exhibit A, is Plaintiff's Affidavit evidencing the amount owed to him and the Class Members. Plaintiff's Affidavit is the best evidence as Defendant has failed to participate in this case. Such approximations of hours worked by an employee are acceptable when there are no time records available. *See Anderson v. Mt. Clemens Pottery Co.,* 328 U.S. 680 (1946); *Reich v. Southern New England Telecom. Corp.,* 121 F.3d 58 (2d Cir. 1997).

5. The amount owed to Plaintiff, and the Class Members totals approximately $1,447,200.00. *See* Exhibit A.

6. An additional element of Plaintiff's claims is the recovery of attorneys' fees and costs, which is authorized by the WARN Act. An award of attorneys' fees and costs to the prevailing plaintiffs is proper, however, in this case, Plaintiff is only seeking taxable costs, he is not seeking an award for attorney's fees.

7. Upon review of the cost records in this case, Plaintiff has incurred costs in the amount of $510.00 as follows: ($400.00.00 filing fee, along with $55.00 for Service of Process). *See* Bill of Costs, attached as Exhibit B.

WHEREFORE, Plaintiff, on behalf of himself and all others similarly situated, requests the entry of a Final Judgment in his favor and against Defendants, **PENN DUTCH FOOD CENTER, INC. AND PENN DUTCH FOOD CENTER II, INC.** in the total amount of $1,447,710.00.

DATED this 26th day of November, 2019.

**Respectfully submitted,**

*/s Noah E. Storch*
Noah E. Storch, Esq.
Florida Bar No.0085476
RICHARD CELLER LEGAL, P.A.
10368 W. State Rd 84, Suite 103
Davie, Florida 33324
Telephone: (866) 344-9243
Facsimile: (954) 337-2771
E-mail: noah@floridaovertimelawyer.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 26th day of November, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system and will also be sent to Defendant's Registered Agent at the address listed below:

PENN DUTCH FOOD CENTER II, INC.
STEVE WEINBERG – REGISTERED AGENT
7805 SW 6TH COURT
PLANTATION, FL 33324

PENN DUTCH FOOD CENTER, INC.
STEVE WEINBERG – REGISTERED AGENT
7805 SW 6TH COURT
PLANTATION, FL 33324

*/s/ Noah E. Storch*
Noah E. Storch, Esq.