UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-62358-CIV-DIMITROULEAS

LIONEL FLEMING, on behalf of himself and
all others similarly situated,

    Plaintiff,

vs.

PENN DUTCH FOOD CENTER, INC., A
Florida Profit Corporation, and
PENN DUTCH FOOD CENTER II, INC.,
A Florida Profit Corporation,

    Defendant.
_____/

## ORDER GRANTING MOTION FOR DEFAULT FINAL JUDGMENT

This cause is before this Court pursuant to Plaintiff's Motion for Entry of Default Final Judgment against Defendants Penn Dutch Food Center, Inc. and Penn Dutch Food Center, II, Inc. [DE 18], filed on November 26, 2019.

Plaintiff filed a Complaint on September 23, 2019. [DE 1]. Defendants were served on September 27, 2019 and their response to the Complaint were due on or before October 18, 2019. On October 22, 2019, the Clerk issued Entries of Default against Defendants. *See* [DE's 11, 12]. On November 26, 2019, Plaintiff filed the instant Motion, requesting that a Final Default Judgment be entered against Defendants Penn Dutch Food Center, Inc. and Penn Dutch Food Center, II, Inc. *See* [DE 18]. On November 26, 2019, the Court entered an Order to Show Cause, ordering that, on or before December 10, 2019, Defendants shall show cause why Plaintiff's Motion for Entry of Default Final Judgment [DE 18] should not be granted. [DE 19]. The Court warned that a failure to timely respond may result in the immediate entry of a default

judgment in Plaintiff's favor against Defendants Penn Dutch Food Center, Inc. and Penn Dutch Food Center, II, Inc. in the amount of $1,447,710.00. No response was filed.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. Plaintiff's Motion for Default Final Judgment [DE 18] is **GRANTED**;
2. On or before **December 18, 2019**, Plaintiff's counsel shall file in the record a proposed final default judgment, and serve same on Defendants;
3. The Clerk is **DIRECTED** to mail a copy of this Order to Defendants at the addresses below.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 11th day of December, 2019.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies to:
Counsel of Record

Penn Dutch Food Center, Inc.
Steve Weinberg – Registered Agent
7805 SW 6th Court
Plantation, FL  33324

Penn Dutch Food Center II, Inc.
Steve Weinberg – Registered Agent
7805 SW 6th Court
Plantation, FL  33324