UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-62358-CIV-DIMITROULEAS

LIONEL FLEMING, on behalf of himself and
all others similarly situated,

    Plaintiff,

vs.

PENN DUTCH FOOD CENTER, INC., A
Florida Profit Corporation, and
PENN DUTCH FOOD CENTER II, INC.,
A Florida Profit Corporation,

    Defendant.
_____/

## DEFAULT FINAL JUDGMENT

This cause is before this Court pursuant to Plaintiff's Motion for Entry of Default Final Judgment against Defendants Penn Dutch Food Center, Inc. and Penn Dutch Food Center, II, Inc. [DE 18], which the Court granted on December 11, 2019 by separate Order [DE 21]. Pursuant to Federal Rule of Civil Procedure 58(a), the Court enters this separate final judgment.

Accordingly, for good cause shown, it is hereby **ORDERED AND ADJUDGED** that Plaintiff's Motion for Entry of Default Final Judgment against Defendants Penn Dutch Food Center, Inc. and Penn Dutch Food Center, II, Inc. [DE 18] is **GRANTED** as follows:

1. Final Judgment against Defendants Penn Dutch Food Center, Inc. and Penn Dutch Food Center, II, Inc. in the total amount of $1,447,710.00 for which sum let execution issue forthwith, as follow:

    a. Judgment is entered in favor of Plaintiff Lionel Fleming and against Defendants Penn Dutch Food Center, Inc. and Penn Dutch Food Center, II, Inc. in the total

        amount of $7,710.00, which is comprised of $7,200.00 in damages and $510.00 in attorneys' costs;

    b. Judgment is entered in favor of the unnamed putative class members whose identities are to be determined at a later date in the amount of $1,440,000.00.

2. The Clerk shall **CLOSE** this case and **DENY** any pending motions as moot.
3. The Clerk is **DIRECTED** to mail a copy of this Order to Defendants at the addresses below.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 23rd day of December, 2019.

*/s/ William P. Dimitrouleas*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies to:
Counsel of Record

Penn Dutch Food Center, Inc.
Steve Weinberg – Registered Agent
7805 SW 6th Court
Plantation, FL  33324

Penn Dutch Food Center II, Inc.
Steve Weinberg – Registered Agent
7805 SW 6th Court
Plantation, FL  33324